# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re ETC Workshop, Inc. , Case No. 11-12714-reg
 Debtor
 Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

Date:

 Debtor

*[Declaration as in Form 2]*

B 6F (Official Form 6F) (12/07)

In re ETC WORKSHOP, INC. , Case No. 11-12714 REG
_____Debtor_____                    _____(if known)_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0443 <br><br> AT&T <br> PO Box 105262 <br> Atlanta GA 30348 | | | May 16 2011 | | | | $289.34 |
| ACCOUNT NO. 7257 <br><br> Florida Power & Light Co. <br> PO Box 025576 <br> Miami FL 33102 | | | May 16 2011 | | | | $2,295.95 |
| ACCOUNT NO. <br><br> Phones R Us, Inc. <br> 8321 NW 64 Street <br> Miami FL 33166 | | | March 15 2011 | | | | $360.00 |
| ACCOUNT NO. 8551 <br><br> Capital Contractors Inc. <br> 25049 Network Place <br> Chicago IL 60673-1250 | | | November 30 2010 | | | | $750.00 |

Sheet no. 1 of 3
___ continuation sheets attached

Subtotal▶ $ 3,695.29

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re ETC WORKSHOP, INC. , Case No. 11-12714 REG
Debtor (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 15070<br><br>Heller & Charnes<br>261 NE 1st Street 6th floor<br>Miami FL 33132 | | | March 15th 2011 | | | | $6,000.00 |
| ACCOUNT NO.<br><br>Jack A. Chartoff<br>155 W 68th Street #1108<br>New York, NY 10023 | | | March 15th 2011 | | | | $8,000.00 |
| ACCOUNT NO.<br><br>K & A Mediation<br>150 SE 2nd Ave Suite 1105<br>Miami FL 33131 | | | March 14th 2011 | | | | $575.00 |
| ACCOUNT NO.<br><br>Patrick & Robinson LLC<br>4029 Atlantic Blvd.<br>Jacksonville, FL 32207 | | | December 9 2010 | | | | $3,222.37 |
| ACCOUNT NO.<br><br>Request TV<br>303 W 42nd Street Suite 505<br>New York NY, 10036 | | | April 30th 2011 | | | | $251,000.50 |

Sheet no. 2 of 3 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 268,797.87

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re ETC WORKSHOP, INC.,                Case No. 11-12714 REG
            Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 20118<br>Siegfried, Rivera, Lerner, De la Torre & Sobel, P.A.<br>201 Alhambra Circle, Suite 1102<br>Coral Gables, FL 33134 | | | May 9th 2011 | | | | $2,247.38 |
| ACCOUNT NO.<br>TJJA ARCHITECTS<br>1717 North Bayshore Dr. suite 2551<br>Miami, FL 33132 | | | May 1st 2010 | | | | $5,942.64 |
| ACCOUNT NO. 7684<br>Venetia Condominium Asoc., Inc.<br>555 NE 15th Street<br>Miami, FL 33132 | | | March 14 2011 | | | | $23,491.28 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 3 of 3 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $ 31,681.30

Total▶    $ $304,174.46
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)